UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61101-LEIBOWITZ/AUGUSTIN-BIRCH

COMELETA CARTHY,

    *Plaintiff*,

v.

CITADEL CARE GROUP, L.L.C., *et al.*,

    *Defendants.*

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon United States Magistrate Judge Panayotta Augustin-Birch's Report and Recommendation ("R&R") on the parties' Joint Motion to Approve Settlement of FLSA Claim and Joint Stipulation of Dismissal with Prejudice [ECF No. 6] in this FLSA case. In the R&R, Magistrate Judge Augustin-Birch recommends granting the Joint Motion to Approve Settlement of FLSA Claim and Joint Stipulation of Dismissal with Prejudice [ECF No. 9 at 1]. No objections have been filed. Having reviewed, *de novo*, the R&R and the record, and given that there are no objections, it is hereby **ORDERED AND ADJUDGED** that:

1.    Magistrate Judge Augustin-Birch's Report and Recommendation on Joint Motion to Approve Settlement of FLSA Claim and Joint Stipulation of Dismissal with Prejudice [**ECF No. 9**] is **AFFIRMED** and **ADOPTED** in its entirety and incorporated by reference into this Order.

2.    The parties' Joint Motion to Approve Settlement of FLSA Claim and Joint Stipulation of Dismissal with Prejudice [**ECF No. 6**] is **GRANTED.**

3.    All pending motions not otherwise ruled upon are **DENIED** as **MOOT.**

4.        This case is **DISMISSED WITH PREJUDICE.**

5.        *The Clerk* is directed to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on October 9, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record